Date:  04/21/11

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-34509 - MERRICK, ALICIA LEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Dr. David Suddeth** | **000004** | **103.50** | **1.03** |
| **6950 France Ave S** | | | |
| **#117** | | | |
| **Minneapolis, MN 55435-2024** | | | |
| FINAL DISTRIBUTION | | | |
| L000 | | | |
| | | | |
| ---------- Remittance Total -------------- | | **103.50** | **1.03** |

John A. Hedback, Trustee

RECEIVED
11 APR 25  AM 11: 30
U.S. BANKRUPTCY COURT
ST. PAUL, MN